1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO AND OAKLAND DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

THE HOME LOAN AUDITORS, LLC, et al.,

    Defendants.

Case No. 3:16-cv-04839-RS

JOINT/STIPULATED MOTION TO ENLARGE TIME TO RESPOND TO MOTIONS TO DISMISS AND TO CONTINUE HEARING, AND [~~PROPOSED~~] ORDER ENLARGING TIME TO RESPOND TO MOTIONS TO DISMISS AND CONTINUING THE HEARING AS MODIFIED BY THE COURT

Pursuant to Civil L.R. 6-2, the undersigned counsel for the Parties ("the Parties"), respectfully request that the Court enter an Order enlarging the deadlines to file responses and replies and the hearing in connection with two motions to dismiss filed by Defendants Luna and Alcaraz (Dkt. Nos. 86, 91). The Parties stipulate and request that responses to the motions to dismiss be filed on or before March 2, 2017, with Defendants' replies, if any, due on March 15, 2017. The Parties also request that the hearing be continued to March 30, 2017, due to a conflict of one of the Parties' counsel on March 16 and a conflict of another counsel on March 23. As required by Civil L.R. 6-2(a), the United States submits the attached Seventh Declaration of Christopher Belen ("Belen Decl.").

The Parties agree and stipulate as follows:

1. On January 17, 2017, Defendants Luna and Alcaraz moved to dismiss claims against them by the United States, Defendant David Spieker, and Defendant Gutierrez. (Dkt. No. 86.) Under the Local Rules, the responses to this motion to dismiss would be due on January 31, 2017. *See* Civil L.R. 7.3. On January 24, 2017, Defendants Luna and Alcaraz moved to dismiss the Intervenor Plaintiffs' claims. (Dkt. No. 91.) Under the Local Rules, the Intervenor Plaintiffs' response would be due on February 7, 2017. *See* Civil L.R. 7.3. Both motions to dismiss have been noticed for hearing on March 16, 2017.

2. As set forth in the attached Declaration, for example, the United States needs additional time to adequately respond to the arguments in Defendants' motion. In light of the claims in the

1

motions to dismiss, the Parties submit that it is prudent to have all responses to the motions due on the same date, and likewise for the replies. Moreover, the hearing date needs to be postponed due to a conflict affecting the individuals at the firm representing Defendants Luna and Alcaraz.

3. The Parties request that the deadline to respond to the motions to dismiss be enlarged and set for March 2, 2017. Defendants Luna and Alcaraz's replies, if any, will be filed on or before March 15, 2017. The Parties also request that the hearing on the motions be continued and reset for March 30, 2017.

4. The Parties submit that this enlargement will not significantly affect the schedule for the case. Following the proposed schedule, the motions to dismiss will be fully briefed two weeks before the hearing on March 30, 2017. Nor do the Parties believe this enlargement will have any effect on the current deadlines for a case management statement (February 2, 2017) or the case management conference scheduled for February 9, 2017.

5. Parties to this case have previously requested two modifications of deadlines: the enlargement of time to serve process (Dkt. No. 43) and the continuance of the case management conference (Dkt. No. 53). In addition, Defendant Spieker submitted a Notice of Unavailability for the initial date for the Case Management Conference before the previously-assigned judge (Dkt. No. 26), which the Court rescheduled (Dkt. No. 29). The Court has slightly modified other dates and Defendant Gutierrez and Intervenor Plaintiffs re-noticed hearing dates for pending motions when this case was reassigned.

WHEREFORE the Parties request that the Court enter an Order setting a modified briefing schedule for the pending motions to dismiss and continuing the hearing on the motions as follows: responses due on or before March 2, 2017, replies by Defendants Luna and Alcaraz on or before March 15, 2017, and a hearing on March 30, 2017.

//

//

Dated: January 30, 2017.

T.E. WHEELER, II
Acting Assistant Attorney General
Civil Rights Division

SAMEENA SHINA MAJEED
Chief

 /s/ Christopher D. Belen
R. TAMAR HAGLER, Deputy Chief (CA 189441)
VARDA HUSSAIN, Acting Special Litigation Counsel (VA 70132)
CHRISTOPHER D. BELEN (VA 78281)
ABIGAIL MARSHAK (NY Reg. No. 5350053)
JUNIS BALDON (KY 93045)
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW - NWB
Washington, DC  20530
Phone: (202) 353-1339
Facsimile: (202) 514-1116
Christopher.Belen@usdoj.gov
Abigail.Marshak@usdoj.gov
Junis.Baldon@usdoj.gov

*Attorneys for the United States of America*


 /s/ Armando S. Mendez
ARMANDO S. MENDEZ, SBN 203909
1231 8TH STREET #600
MODESTO, CA 95354
(209) 622-0600

*Attorney for Defendant Oralia Gutierrez*


 /s/ David M. Spieker
DAVID M. SPIEKER SBN 215548
ATTORNEY AT LAW
744 MILBANK DRIVE
MODESTO, CA 95357
TELEPHONE (209) 247-0271
davidspieker3104@yahoo.com

*Defendant in propria persona*

3

  /s/ Rebecca M. Coll
JAMES A. QUADRA, State Bar No. 131084
REBECCA M. COLL, State Bar No. 184468
QUADRA & COLL, LLP
649 Mission Street, 5th Floor
San Francisco, California 94105
Telephone: (415) 426-3502
Facsimile: (415) 795-4530

*Attorneys for Defendants Raul Luna and Omar Alcaraz*

  /s/ Joseph Jaramillo
JOSEPH JARAMILLO (SB# 178566)
jjaramillo@heraca.org
GINA DI GIUSTO (SB# 293252)
gdigiusto@heraca.org
HOUSING AND ECONOMIC RIGHTS ADVOCATES
1814 Franklin Street, Ste. 1040
Oakland, CA 94612
Telephone: (510) 271-8443
Facsimile: (650) 392-8255

*Attorneys for Intervenor Plaintiffs Eberardo Perez, Roberto Hernandez, Magdalena Galindo, DG, CH, and Housing and Economic Rights Advocates*

1  PURSUANT TO STIPULATION:

2  Parties shall file responses to Defendants Luna and Alcaraz's motions to dismiss (Dkt.

3  Nos. 86, 91) on or before March 2, 2017.  Defendants Luna and Alcaraz shall file their replies, if

4  any, on or before March 15, 2017.  The hearing on these motions to dismiss is continued to

5  ~~March 30~~ April 6, 2017 at 1:30 p.m.

7  IT IS SO ORDERED.

8  Dated: 1/31/17

   *[signature]*

   Honorable Richard Seeborg
   UNITED STATES DISTRICT JUDGE

5