UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s)<br><br>v.<br><br>THE HOME LOAN AUDITORS, LLP, et al.,<br><br>Defendant(s) | CASE No C 3:16-cv-04839-RS<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☒ **Mediation** (ADR L.R. 6)
- ☐ **Private ADR** (*specify process and provider*)

> *Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you **must** file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

- ☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*
- ☐ other requested deadline:

Date: March 10, 2017    See Attached
                        Attorney for Plaintiff

Date: March 10, 2017    See Attached
                        Attorney for Defendant

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: 3/31/17

U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-2017*

ATTACHMENT TO STIPULATION AND PROPOSED ORDER SELECTING ADR PROCESS

*[signature]*

R. TAMAR HAGLER, Deputy Chief (CA 189441)
VARDA HUSSAIN, Acting Special Litigation
Counsel (VA 70132) CHRISTOPHER D. BELEN
(VA 78281)
ABIGAIL MARSHAK (NY Reg. No. 5350053)
JUNIS BALDON (KY 93045)
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW - NWB
Washington, DC 20530
Phone: (202) 353-1339
Facsimile: (202) 514-1116
Christopher.Belen@usdoj.gov
Abigail.Marshak@usdoj.gov
Junis.Baldon@usdoj.gov
*Attorneys for the United States of America*

---

ARMANDO S. MENDEZ, SBN 203909
1231 8th Street #600
Modesto, CA 95354
(209) 622-0600
*Attorney for Defendant Oralia Gutierrez*

*[signature]*

DAVID M. SPIEKER SBN 215548
ATTORNEY AT LAW
744 Milbank Drive
Modesto, CA 95357
Telephone: (209) 247-0271
davidspieker3104@yahoo.com
*Defendant in propria persona*

ATTACHMENT TO STIPULATION AND PROPOSED ORDER SELECTING ADR PROCESS

*[signature]*

R. TAMAR HAGLER, Deputy Chief (CA 189441)
VARDA HUSSAIN, Acting Special Litigation
Counsel (VA 70132) CHRISTOPHER D. BELEN
(VA 78281)
ABIGAIL MARSHAK (NY Reg. No. 5350053)
JUNIS BALDON (KY 93045)
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW - NWB
Washington, DC 20530
Phone: (202) 353-1339
Facsimile: (202) 514-1116
Christopher.Belen@usdoj.gov
Abigail.Marshak@usdoj.gov
Junis.Baldon@usdoj.gov
*Attorneys for the United States of America*

*[signature]*

ARMANDO S. MENDEZ, SBN 203909
1231 8th Street #600
Modesto, CA 95354
(209) 622-0600
*Attorney for Defendant Oralia Gutierrez*

*[signature]*

DAVID M. SPIEKER SBN 215548
ATTORNEY AT LAW
744 Milbank Drive
Modesto, CA 95357
Telephone: (209) 247-0271
davidspieker3104@yahoo.com
*Defendant in propria persona*

_____
JAMES A. QUADRA, State Bar No. 131084
REBECCA M. COLL, State Bar No. 184468
QUADRA & COLL, LLP
649 Mission Street, 5th Floor
San Francisco, California 94105
Telephone: (415) 426-3502
Facsimile: (415) 795-4530
*Attorneys for Defendants Raul Luna and Omar Alcaraz*

_____
JOSEPH JARAMILLO (SB# 178566)
jjaramillo@heraca.org
GINA DI GIUSTO (SB# 293252)
gdigiusto@heraca.org
HOUSING AND ECONOMIC RIGHTS ADVOCATES
1814 Franklin Street, Ste. 1040
Oakland, CA 94612
Telephone: (510) 271-8443
Facsimile: (650) 392-8255
*Attorneys for Intervenor*

_____
JAKRUN SINGH SODHI
Sodhi Law Group
1301 K Street, Suite F
Modesto, CA 95354
209-900-8200
209-900-8205 (fax)
jak@sodhilawgroup.com
*Attorneys for Defendants Hortencia Leon*