| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| EBERARDO PEREZ, et al., | |
| Intervenor Plantiffs, | Case No. 3:16-cv-04839-RS |
| vs. | **STIPULATED ORDER OF DISMISSAL OF CLAIMS AMONG THE UNITED STATES, DAVID SPIEKER, AND SPIEKER LAW OFFICE** |
| THE HOME LOAN AUDITORS, LLC, et al., | |
| Defendants. | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In accordance with Civil L.R. 7-1 and 7-12, the United States, Defendant David Spieker, and Defendant Spieker Law Office ("the parties"), through counsel, request that the Court enter the proposed stipulated order below, dismissing the parties' claims against each other with prejudice. On August 2, 2018, the parties executed a settlement agreement, resolving the claims between them (see Exhibit A, attached hereto). Through that settlement agreement, the parties voluntarily resolved the claims between them, agreeing that it is to their mutual benefit to terminate the litigation of this case. The parties stipulate that all claims between them in the above-captioned matter should be dismissed with prejudice, subject to the procedures for resolving disputes between the parties that are set forth in the settlement agreement. The parties further agree that both parties shall bear their own attorneys' fees and costs in connection with this case.

//

//

Dated: September 4, 2018

JOHN M. GORE
Acting Assistant Attorney General
Civil Rights Division

SAMEENA SHINA MAJEED
Chief

  /s/ Christopher D. Belen
R. TAMAR HAGLER, Deputy Chief (CA 189441)
CHRISTOPHER D. BELEN (VA 78281)
ABIGAIL MARSHAK (NY Reg. No. 5350053)
JUNIS BALDON (KY 93045)
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW - NWB
Washington, DC 20530
Phone: (202) 353-1339
Facsimile: (202) 514-1116
Christopher.Belen@usdoj.gov
*Attorneys for the United States of America*


  /s/ David M. Spieker
DAVID M. SPIEKER SBN 215548
ATTORNEY AT LAW
744 MILBANK DRIVE
MODESTO, CA 95357
TELEPHONE (209) 247-0271
davidspieker3104@yahoo.com
*Defendant in propria persona*

PURSUANT TO JOINT MOTION:

The United States, Defendant David Spieker, and Defendant Spieker Law Office, having informed the Court of their settlement agreement, the United States' claims against Defendants David Spieker and Spieker Law Office in this case, and Defendant David Spieker's and Defendant Spieker Law Office's claims against the United States in this case, are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: 9/5/18

Honorable Richard Seeborg
UNITED STATES DISTRICT JUDGE