JOSEPH JARAMILLO (SB# 178566)
jjaramillo@heraca.org
GINA DI GIUSTO (SB# 293252)
gdigiusto@heraca.org
HOUSING AND ECONOMIC RIGHTS ADVOCATES
1814 Franklin Street, Ste. 1040
Oakland, CA 94612
Telephone:    (510) 271-8443
Facsimile:    (650) 392-8255

Attorneys for Intervenor Plaintiffs EBERARDO PEREZ, ROBERTO HERNANDEZ, MAGDALENA GALINDO, DG, CH and HOUSING AND ECONOMIC RIGHTS ADVOCATES

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff, and<br><br>EBERARDO PEREZ, ROBERTO HERNANDEZ, MAGDALENA GALINDO, DG, CH and HOUSING AND ECONOMIC RIGHTS ADVOCATES,<br><br>        Intervenor Plaintiffs,<br><br>    v.<br><br>THE HOME LOAN AUDITORS, et al.,<br><br>        Defendants. | Case No. 16-cv-04839-RS<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT ELENA RAMIREZ** |

1  Intervenor-Plaintiffs EBERARDO PEREZ, ROBERTO HERNANDEZ, MAGDALENA
2  GALINDO, minor children DG, CH and HOUSING AND ECONOMIC RIGHTS ADVOCATES
3  ("Intervenor-Plaintiffs"), acting through their counsel, and Defendant ELENA RAMIREZ
4  ("Defendant Ramirez"), on her own behalf, hereby stipulate, in consideration of a negotiated
5  settlement executed by them, to the dismissal of all of Intervenor-Plaintiffs' claims against
6  Defendant Ramirez with prejudice, with each party to bear its own attorney's fees and costs and
7  with the Court retaining jurisdiction to enforce the settlement agreement.

DATE: March 15, 2019        Respectfully submitted,

    /s/ Joseph Jaramillo
    Joseph Jaramillo

    Attorneys for Intervenor Plaintiffs EBERARDO PEREZ,
    ROBERTO HERNANDEZ, MAGDALENA GALINDO,
    DG, CH and HOUSING AND ECONOMIC RIGHTS
    ADVOCATES

DATE: March __, 2019        _____

                             ELENA RAMIREZ, Pro Se Defendant

Case No. 16-CV-04839-RS- STIPULATION FOR DISMISSAL OF DEFENDANT RAMIREZ
1

**ORDER**

The stipulation is approved. Intervenor-Plaintiffs' claims against Defendant ELENA RAMIREZ are hereby dismissed with prejudice. The Court retains jurisdiction to enforce the Parties' settlement agreement.

Dated: 3/29/19

_____
Honorable Richard Seeborg
UNITED STATES DISTRICT JUDGE