|   |   |   |
|---|---|---|
| | UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | |
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| EBERARDO PEREZ, et al., | ) ) | |
| Intervenor Plantiffs, | ) ) | Case No. 3:16-cv-04839-RS |
| vs. | ) ) ) | **STIPULATED ORDER SETTING ASIDE DEFAULT OF ELENA RAMIREZ AND** |
| THE HOME LOAN AUDITORS, LLC, et al., | ) ) | **DISMISSING CLAIMS BETWEEN THE UNITED STATES AND** |
| Defendants. | ) | **ELENA RAMIREZ** |

In accordance with Civil L.R. 7-1 and 7-12, the United States, through counsel, and pro se Defendant Elena Ramirez ("the parties"), request that the Court enter the proposed stipulated order below, first setting aside the Default entered against Elena Ramirez and, second, dismissing the parties' claims against each other with prejudice.

Ramirez did not appear or answer the United States' complaint in this matter, and, on December 7, 2016, the Clerk entered Default against her. *See* Dkt. No. 66. On May 14, 2019, the parties executed a settlement agreement, resolving the claims between them (see Exhibit A, attached hereto). Through that settlement agreement, the parties voluntarily resolved the claims between them, agreeing that it is to their mutual benefit to terminate the litigation of this case, including avoiding the need for a motion for default judgment against Ramirez.

The United States submits that setting aside Ramirez's Default for the purpose of immediately thereafter dismissing the United States' claims against her will serve the interest of judicial efficiency as well as promote progress toward full resolution of all claims in this case.

1

The parties stipulate that all claims between them in the above-captioned matter should be dismissed with prejudice, subject to the procedures for resolving disputes between the parties that are set forth in the settlement agreement. The parties further agree that both parties shall bear their own attorneys' fees and costs in connection with this case.

Dated: July 11, 2019

ERIC S. DREIBAND
Assistant Attorney General
Civil Rights Division

SAMEENA SHINA MAJEED
Chief

  /s/ Christopher D. Belen
R. TAMAR HAGLER, Deputy Chief (CA 189441)
CHRISTOPHER D. BELEN (VA 78281)
ABIGAIL MARSHAK (NY Reg. No. 5350053)
JUNIS BALDON (KY 93045)
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW - NWB
Washington, DC 20530
Phone: (202) 353-1339
Facsimile: (202) 514-1116
Christopher.Belen@usdoj.gov
*Attorneys for the United States of America*


  /s/ Elena Ramirez
ELENA RAMIREZ
2182 Panero Way
Ceres, CA 95307
(209) 226-0142
*Pro se Defendant*

PURSUANT TO JOINT MOTION:

The United States and Defendant Elena Ramirez, having informed the Court of their settlement agreement, the Default entered in this case against Defendant Elena Ramirez (Dkt. No. 66) is set aside for good cause shown, and the United States' claims against Defendant Elena Ramirez in this case are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: July 11, 2019

_____
Honorable Richard Seeborg
UNITED STATES DISTRICT JUDGE